In the Matter of June Wollman et al., for the Judicial Dissolution of Chevreau, Ltd., Respondents, v. Marilyn Littman, Also Known as Marilyn Diel, et al., Appellants.—

Concur — Stevens, P. J., Capozzoli, Nunez, McNally and Steuer, JJ.